United States Courts
Southern District of Texas
FILED

APR 1 6 2026

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **4:25-cr-336** |
| | § | |
| | § | **TRIAL DATE: March 23, 2026** |
| **vs.** | § | |
| | § | |
| **TYLER JOHN JORDAN** | § | **HONORABLE ALFRED BENNETT** |

NOTICE OF GOVERNMENT'S TRIAL EXHIBITS SUBMITTED FOR RECORD

1    Flash drive Containing Government's Trial Exhibits admitted as listed below:

- Ex. 2A - McDonald's Outside Main Entrance 1 Clip (1.15-1.35)

- Ex. 2B - McDonald's Lobby Entrance Clip (1.35-3.00)

- Ex. 2C - McDonald's Outside Main Entrance 2 Clip (0.0-0.37)

- Ex. 5 - Waffle House Clip (6.40-9.25)

- Ex. 7A - Video from Phone

- Ex. 8I Video with firearms

- Ex. 10A Clip 1

- Ex. 10B Clip 2

- Ex. 11A Clip 1

- Ex. 11B Clip 2

- Ex. 11C Clip 3

- Ex. 12 Third interview of Defendant by Detective Hilz on March 16, 2025, with subtitles

- Ex. 13A Clip 1

- Ex. 13B Clip 2

- Ex. 14 Interview of Defendant by Detective Curry on March 17, 2025, with subtitles

- Ex. 15A Clip 1

- Ex. 15B Clip 2

- Ex. 15C Clip 3

Respectfully submitted,

JOHN G.E. MARCK
Acting United States Attorney


*/s/ AnhKhoa Tran*
AnhKhoa Tran
Assistant United States Attorney
1000 Louisiana
Suite 2300
Houston, Texas 77002
713-567-9000

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

IN RE:  USA

v.

Jordan

§
§
§  CASE NO. 4:25-cr-336
§
§
§

One (1) flash drive containing trial exhibits

_____

_____

_____

_____

DOCUMENT IS:

☐ LOOSE IN FILE

☐ IN VAULT SEALED

☒ IN BROWN EXPANDABLE FOLDER

INSTRUMENT #_____